No. 62. TILLIE ANDERSON, PLAINTIFF IN ERROR, *v.* THE STATE OF CONNECTICUT. In error to the Supreme

Court of Errors of the State of Connecticut. Submitted December 5, 1912. Decided December 16, 1912. *Per Curiam:* Dismissed for the want of jurisdiction. *Farrell* v. *O'Brien*, 199 U. S. 100. *Mr. Ernest L. Averill* for the plaintiff in error. *Mr. E. P. Arvine* for the defendant in error.